# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MARK L. PETTY & WENDY S. PETTY  Case Number: 07-70057
518 RIDGELAND AVENUE   SSN-xxx-xx-5472 & xxx-xx-1044
WOODSTOCK, IL  60098

Case filed on:   1/10/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,036.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JEFFREY A BIVENS | 2,500.00 | 2,500.00 | 419.89 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 419.89 | 0.00 |
| 027 | MARK L. PETTY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 1,912.84 | 1,912.84 | 581.15 | 108.77 |
| 002 | AURORA LOAN SERVICES INC. | 34,077.78 | 33,000.00 | 0.00 | 0.00 |
| 003 | DELL FINANCIAL | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| 004 | MCHENRY SAVINGS BANK | 2,000.00 | 2,000.00 | 744.51 | 60.40 |
|  | Total Secured | 40,990.62 | 39,912.84 | 1,325.66 | 169.17 |
| 004 | MCHENRY SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | LVNV FUNDING LLC | 1,729.94 | 864.97 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 15,628.21 | 7,814.10 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CBUSA / SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CENTEGRA - NORTHERN ILLINOIS MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CITIBANK N.A. | 13,604.47 | 6,802.23 | 0.00 | 0.00 |
| 011 | WORLD FINANCIAL NETWORK NATIONAL BANK | 417.53 | 208.76 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 2,466.85 | 1,233.42 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 8,670.49 | 4,335.24 | 0.00 | 0.00 |
| 014 | HSBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | INFISTAR/NEXTCARD | 7,876.06 | 3,938.03 | 0.00 | 0.00 |
| 016 | KOHLS/CHASE BANK USA NA | 405.00 | 202.50 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 447.62 | 223.81 | 0.00 | 0.00 |
| 018 | MEMORIAL MEDICAL CENTER | 1,012.52 | 506.26 | 0.00 | 0.00 |
| 019 | NCO FINANCIAL SYSTEMS INC | 388.00 | 194.00 | 0.00 | 0.00 |
| 020 | NORTHWEST NEWS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | RH DONNELLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | STAPLES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 5,689.13 | 2,844.56 | 0.00 | 0.00 |
| 024 | URS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | YELLOW BOOK | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NATIONAL CAPITAL MANAGEMENT LLC | 272.46 | 136.23 | 0.00 | 0.00 |
|  | Total Unsecured | 58,608.28 | 29,304.11 | 0.00 | 0.00 |
|  | Grand Total: | 102,098.90 | 71,716.95 | 1,745.55 | 169.17 |

Total Paid Claimant:   $1,914.72
Trustee Allowance:    $121.28    Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00    discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 11/30/2007    By  /s/Heather M. Fagan